**Opinion issued September 17, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00605-CR

———————————

## IN RE STEVEN MICHAEL SHERRILL, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

On July 15, 2013, the relator, Steven Michael Sherrill, filed a pro se petition for writ of mandamus, requesting that we direct the trial court to provide him with, or respond to his request for, a free transcript of his trial proceedings.[1]

---

[1] The underlying case is *State v. Sherrill*, No. 1068120, in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace presiding. We previously affirmed Sherrill's conviction in this cause in *Sherill v. State*, No. 01-07-00503-CR, 2008 WL 4670606 (Tex. App.—Houston [1st Dist.] 2009, pet ref'd) (mem. op., not designated for publication). Because Sherill is entitled to a free copy of his transcript only for his initial appeal and Sherill has

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

Do not publish. TEX. R. APP. P. 47.2(b).

---

exhausted that appeal, he is not entitled to another free transcript. *See Ex parte Trainer*, 181 S.W.3d 358 (Tex. Crim. App. 2005); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.— Houston 1st Dist. 1993, no pet.).